IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.  06-CR-00159-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES LEE HAMOND,

Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
## FOR ORDER OF DETENTION

---

      This matter was before the court for detention hearing on April 24, 2006.  The court has taken judicial notice of the court's file and the pretrial services report.   The defendant is not contesting detention.  The court now being fully informed makes the following findings of fact, conclusions of law and order for detention.

      In order to sustain a motion for detention, the government must establish that (a) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; or (b) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community.  The former element must be established by a preponderance of the evidence, while the latter requires proof by clear and convincing evidence.

      If there is probable cause to believe that the defendant committed an offense which carries a maximum term of imprisonment of over 10 years and is an offense prescribed by the Controlled Substances Act, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.

      The Bail Reform Act, 18, U.S.C, § 3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

      (1)    [t]he nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

(2)     the weight of the evidence against the person;

(3)     the history and characteristics of the person, including –

    (A)     the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

    (B)     whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

(4)     the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

In making my findings of fact, I have taken judicial notice of the information set forth in the Pretrial Investigation Memorandum and entire court file. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

First the defendant has been indicted under 18 U.S.C. § 922(g)(1), with Possession of a Firearm by a Convicted Felon.

Second, the court finds that probable cause exists that the defendant committed the charged offense based upon the Indictment.

Third, I find the defendant is unemployed. Defendant has suffered a prior felony escape conviction in Arapahoe County District Court case no. 01-CR-321. Defendant was on parole at the time of his alleged involvement in the instant case and there is a parole hold that has been lodged against defendant. Defendant has a history of failures to comply with court ordered conditions of release. Defendant has two (2) prior failures to appear. Defendant does not have a stable residence. The nature of the instant case involves a deadly weapon to wit: a Hi-Point Luger C09, 9mm pistol wherein the Defendant shot one round into the air in the parking lot where people were gathered. Defendant has suffered three (3) prior felony convictions as an adult and three(3) prior juvenile felon adjudications. Defendant has prior weapon offenses. Defendant has ties to a gang.

Accordingly, I further find, by clear and convincing evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the defendant and the safety of the community. Accordingly, I order defendant detained without bond.

Done this 24th April 2006.

BY THE COURT

S/ Michael J. Watanabe

_____

Michael J. Watanabe
U.S. Magistrate Judge